# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-4223
_____

ROBERTO CRUZ-BETANZOS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

February 5, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Roberto Cruz-Betanzos, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Julian Markham, Assistant Attorney General, Tallahassee, for Appellee.